AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GOODWATER HOLDINGS, LLC; DIGICARE, INC.; and CLAYVARD, LTD. <br><br> *Plaintiff(s)* <br> v. <br> DEJ PARTNERS, LLC <br><br> *Defendant(s)* | Civil Action No. 6:20-cv-1995 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEJ PARTNERS, LLC
    331 VINELAND AVENUE
    CITY OF INDUSTRY, CA 92887


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael R. Dal Lago, Esq.,
    Dal Lago Law
    999 Vanderbilt Beach Rd #200
    Naples, FL 34108
    Email: mike@dallagolaw.com
    Phone: (239) 571-6877

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 28, 2020

*Magaly Justiniano*

*Signature of Clerk or Deputy Clerk*